**FILED**
**IN CLERK'S OFFICE**
**U.S. DISTRICT COURT E.D.N.Y**

**Local Criminal Notice of Appeal Form.**

**NOTICE OF APPEAL**
**United States District Court**

★ FEB 18 2005 ★

_EASTERN_ District of _NEW YORK_

**LONG ISLAND OFFICE**

Docket No.: _01-CR-1328 (S-1)(JS)_

_____
(District Court Judge)

Notice is hereby given that _MAHAMOOD AYAZ BUTT_ appeals to the United States Court of Appeals for the Second
Circuit from the judgment [_____], other [_____] _____
(specify)

entered in this action on _____.

(date)

Offense occurred after November 1, 1987     Yes   [ ✓ ]   No [ ____ ]

This appeal concerns: Conviction only [ ✓ ]     Sentence only [ ✓ ]     No [ ____ ]

Date _____

TO _____     _Mahmood Butt_

(Counsel for Appellant)

Address _32 High ST,_
_VALLEY STREAM, NEW-YORK_
_N.Y. 11581_

ADD ADDITIONAL PAGE (IF NECESSARY)          Telephone Number: _516-593-1196_

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ **QUESTIONNAIRE** | ▶**TRANSCRIPT ORDER** | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ ____ ] I am ordering a transcript<br>[ ____ ] I am not ordering a transcript<br>Reason<br>[ ____ ] Daily copy is available<br>[ ____ ] U.S. Attorney has placed order<br>[ ____ ] Other. Attach explanation | Prepare transcript of<br>[ ____ ] Prepare proceedings _____<br>[ ____ ] Trial _____<br>[ ____ ] Sentencing _____<br>[ ____ ] Post-trial proceedings _____ | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment     [ ____ ]   Funds [ ____ ]        CJA Form 24 [ ____ ]

| ATTORNEY'S SIGNATURE | DATE |
|---|---|

| ▶ COURT REPORTER ACKNOWLEDGMENT | To be completed by Court Reporter and forwarded to Court of Appeals. |
|---|---|

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____<br>(Court Reporter) | |

**DISTRIBUTE COPIES TO THE FOLLOWING:**

1. Original to U.S. District Court  (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney

4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A Rev. 10-02

A082 SWEDA
(Rev. 3/02)

**ORIGINAL**
**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
**EASTERN DISTRICT OF NEW YORK**
at _____CENTRAL ISLIP_____

015624

| Fund | | |
|---|---|---|
| 6855XX | Deposit Funds | |
| 604700 | Registry Funds | |
| | General and Special Funds | 15624*# |
| 508800 | Immigration Fees | 000333P     NOTICE OF APPEL |
| 085000 | Attorney Admission Fees | |
| 086900 | Filing Fees | 086900          5.00 |
| 322340 | Sale of Publications | 000334P     DOCK FEE ON APP |
| 322350 | Copy Fees | 086900        250.00 |
| 322360 | Miscellaneous Fees | |
| 143500 | Interest | TOTAL 255.00 |
| 322380 | Recoveries of Court Costs | M/ORDR       255.00 |
| 322386 | Restitution to U.S. Government | 0527498579 |
| 121000 | Conscience Fund | |
| 129900 | Gifts | 2*# |
| 504100 | Crime Victims Fund | CHANGE        0.00 |
| 613300 | Unclaimed Monies | |
| 510000 | Civil Filing Fee (½) | 2 ITM-CT |
| 510100 | Registry Fee | 02/18/05  REG#01   171016A001 15:11 |

**CASE REFERENCE:**
01-CR-1328 01

**RECEIVED FROM**
SHARID BUTT
32 High St.
VALLEY - STREAM
N.Y 11581

**DEPUTY CLERK** _____

Checks and drafts are accepted subject to collection and full
credit will only be given when the check or draft has been
accepted by the financial institution on which it was drawn.

☆U.S. G.P.O. : 2003-511-257   RE: MAHAMOOD AYAZ BUTT